No. 380. THE KLAUS OLDENDORFF ET AL. *v.* POTASH IMPORT & CHEMICAL CO. C. A. 4th Cir. Certiorari denied.

No. 384. LONG ISLAND RAILROAD CO. *v.* PARKER. C. A. 2d Cir. Certiorari denied.

No. 389. TREMONT *v.* UNITED STATES; and
No. 5638. LEACH *v.* UNITED STATES. C. A. 1st Cir. Certiorari denied. Reported below: 427 F. 2d 1107.

No. 390. BONAGURO *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 393. WAGONER TRANSPORTATION CO. ET AL. *v.* BAIRD ET AL. C. A. 6th Cir. Certiorari denied.

No. 394. MINK-DAYTON, INC. *v.* NATIONAL LABOR RELATIONS BOARD. C. A. 6th Cir. Certiorari denied.

No. 397. WILSHIRE OIL CO. OF TEXAS *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 398. ADDABBO ET AL. *v.* CURTISS-WRIGHT CORP. C. A. 2d Cir. Certiorari denied.

No. 402. JENKINS ET AL., EXECUTORS *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 403. SAGERS, TRAINING SCHOOL DIRECTOR, ET AL. *v.* BRIGGS ET AL. C. A. 10th Cir. Certiorari denied.

No. 404. DEL TORO *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.